No. 83–1171. EXXON CORP. ET AL. v. INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA ET AL.; and

No. 83–1173. FEDERAL ENERGY REGULATORY COMMISSION v. INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would

grant certiorari. Reported below: 230 U. S. App. D. C. 197, 716 F. 2d 1.